UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:11CR258-01 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| SCOTT D. LACHANSKI, | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge George J. Limbert's Report and Recommendation that the Court ACCEPT Defendant Scott D. Lachanski's ("Defendant") plea of guilty and enter a finding of guilty against Defendant. (Doc. No. 11.)

On June 9, 2011, the government filed an Indictment against Defendant. (Doc. No. 1.) On August 5, 2011, this Court issued a non-document order assigning this case to Magistrate Judge Limbert for the purpose of receiving Defendant's guilty plea.

On August 8, 2011, a hearing was held in which Defendant entered a plea of guilty to Counts 1 and 3 of the Indictment, charging him with concealment of property in bankruptcy, in violation of 18 U.S.C. Sections 152(1), and fraudulent transfer of property in bankruptcy, in violation of 18 U.S.C. Section 152(7), respectively. Magistrate Judge Limbert received Defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 11.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days

after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the Defendant's plea of guilty is APPROVED.

Therefore, the Defendant is adjudged guilty of Counts 1 and 3 in violation of 18 U.S.C. Sections 152(1) and 18 U.S.C. Section 152(7). The sentencing will be held on October 18, 2011 at 11:30 a.m.

**IT IS SO ORDERED**.

Dated: September 19, 2011

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**